| | |
|---|---|
| 1 | BARTLETT, LEADER-PICONE & YOUNG |
| | Malcolm Leader-Picone (State Bar # 104620) |
| 2 | Robert S. Bartlett (State Bar # 79752) |
| | Kaipo K.B. Young (State Bar # 164718) |
| 3 | 2201 Broadway, Suite 803 |
| | Oakland CA 94612 |
| 4 | Telephone: (510) 444-2404 |
| | Facsimile: (510) 444-1291 |
| 5 | Email: MLP@leader-picone.com |
| | Email: RobertB@BL-plaw.com |
| 6 | Email: KYoung@BL-Plaw.com |

FILED

RICHARD W WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OFFICE

**BZ**

McQUAID, BEDFORD & VAN ZANDT, LLP,

Plaintiff,

v.

PARAGON FOUNDATION, INC.,

Defendant.

No. C 07 5179

PLAINTIFF McQUAID BEDFORD & VAN ZANDT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
[Local Rule 3-16]

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons are partners of McQuaid Bedford & Van Zandt LLP, and therefore have a financial interest in the subject matter in controversy. The undersigned is not aware of any other firms, partnerships, corporations, persons or other entities having a financial or non-financial interest in the subject matter who could be affected by the outcome of this proceeding.

Arman Javid, partner.

Robert Zaletel, partner.

J. Dennis McQuaid, partner.

Jonathan Rubens, partner.

Lyman D. Bedford, partner.

Michael Stone, partner.

Michael Van Zandt, partner.



1

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | Neil Bardack, partner.
2 | Elizabeth Ewens, partner.
3 | Noreen Yamate, partner.
4 | Date: October 1, 2007                                      BARTLETT, LEADER-PICONE & YOUNG

By: _____/s/ Robert S. Bartlett_____
Robert S. Bartlett
Attorneys for Plaintiff

00053141.WPD