# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

MCQUAID, BEDFORD & VAN ZANDT, LLP

V.

PARAGON FOUNDATION, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C 07 5179 BZ

TO: (Name and address of defendant)

PARAGON FOUNDATION, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert S. Bartlett, Esq.
Bartlett, Leader-Picone & Young, LLP
2201 Broadway, Suite 803
Oakland, CA  94612

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK    ANNA SPRINKLE

DATE    OCT  9 2007