United States District Court
Northern District of California

McQuaid Bedford & Van Zandt LLP ) Case No.: C075179
) 
) 
) 
) 
Plaintiff )
v. )
Paragon Foundation Inc. )
) 
) 
) 
Defendant )

## AFFIDAVIT OF SERVICE

That I, Connie Bailey, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That I served: Paragon Foundation Inc. with the following list of documents: Summons, Complaint for Open-Book Account, Account Stated, Services and Material Supplied and Breach of Contract, Order Setting Initial Case Management Conference and ADR Deadlines. Standing Orders, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Civil Cover Sheet, ECF Registration Information Handout, Welcome to the US District Court, San Francisco by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with GB Oliver, III Title/relationship: Authorized Agent for Service of Process

That on 11/27/07 at 4:20PM at the address of 1200 North White Sands Blvd Suite 110 Alamogordo, NM 88310 service was made by;

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household who stated they resided herein and was of suitable age and discretion, and was explained the general nature of the documents.

X Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises, which is recipient's actual place of abode

Description: Skin: Wht  Sex: M  Age: 46  Height: 6'02  Weight: 180  Hair: Bro  Glasses: No

X Military Service. Deponent asked the person spoken to whether the recipient was presently in military service of the United States or of the State in which they reside and was informed that the recipient was not.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Connie Bailey
Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Executed on: 12-1-07

Subscribed and sworn to before me, a notary public, on this 1st day of December, 2007.

_____   My Commission Expires:
Notary Public
ID: 07-003321