1  | George M. Wallace -- Cal. Bar No. 101472
   | WALLACE & SCHWARTZ
2  | 215 North Marengo Avenue
   | Third Floor
3  | Pasadena, California 91101-1504
   | gwallace@wallace-schwartz.com
4  | (626) 844-6777; Fax (626) 795-0353

5  | Attorney for Defendant
   | PARAGON FOUNDATION, INC.

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 | McQUAID, BEDFORD & VAN          )  Case No.: C 07-5179 BZ
   | ZANDT, LLP,                     )
12 |                                 )
   |          Plaintiff,             )  STIPULATION FOR EXTENSION OF
13 |                                 )  DEFENDANT'S TIME TO RESPOND
   | vs.                             )  TO COMPLAINT
14 |                                 )
   | PARAGON FOUNDATION, INC.,       )
15 |                                 )
   |          Defendant.             )
16 | _____ )

17

18      WHEREAS, defendant PARAGON FOUNDATION, INC., was served

19 | with the Summons and Complaint in this action on November 28, 2007, and

20      WHEREAS, the Court has scheduled a deadline of December 17 for the

21 | filing of a response to the Complaint, and

22      WHEREAS, because defendant in this action are not residents of the State

23 | of California, it has only recently retained counsel in California, and

24      WHEREAS, defendant's counsel has requested an extension of time in

25 | which to respond to the Complaint in this action, and

---

Stipulation re Extension of Time to Plead - 1

1    WHEREAS, counsel for plaintiff is agreeable to such an extension,

2    IT IS HEREBY AGREED AND STIPULATED by all parties, by and

3    through their respective attorneys of record, as follows:

4        1.    It is agreed that the time for defendant to file and serve a responsive

5    pleading in this action shall be extended to and including Friday, December 28,

6    2007.

7        SO STIPULATED.

8    DATED:  December 12, 2007                WALLACE & SCHWARTZ

9

10                                            by GEORGE M. WALLACE
                                              Attorneys for Defendant PARAGON
11                                            FOUNDATION, INC.

12   DATED:  12/13/07                         BARTLETT, LEADER-PICONE &
                                              YOUNG, LLP
13

14

15                                            by ROBERT S. BARTLETT
                                              Attorneys for Plaintiff McQUAID,
16                                            BEDFORD & VAN ZANDT, LLP

17

18

19

20

21

22

23

24

25

---

Stipulation re Extension of Time to Plead - 2