1  George M. Wallace -- Cal. Bar No. 101472
   WALLACE & SCHWARTZ
2  215 North Marengo Avenue
   Third Floor
3  Pasadena, California 91101-1504
   gwallace@wallace-schwartz.com
4  (626) 844-6777; Fax (626) 795-0353

5  Attorney for Defendant
   PARAGON FOUNDATION, INC.
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 McQUAID, BEDFORD & VAN ZANDT, LLP,    ) Case No.: C 07-5179 BZ
                                         )
12                                       )
           Plaintiff,                    ) DECLINATION TO PROCEED
13                                       ) BEFORE A MAGISTRATE JUDGE
       vs.                               ) AND
14                                       ) REQUEST FOR REASSIGNMENT
   PARAGON FOUNDATION, INC.,             ) TO A UNITED STATES DISTRICT
15                                       ) JUDGE
           Defendant.                    )
16                                       )

17              **REQUEST FOR REASSIGNMENT TO**

18              **A UNITED STATES DISTRICT JUDGE**

19     The undersigned party hereby declines to consent to the assignment of this

20 case to a United States magistrate Judge for trial and disposition and hereby

21 requests the reassignment of this case to a United States District judge.

22 DATED: December 28, 2007          WALLACE & SCHWARTZ

23
                                      _/s/ George M. Wallace_
24                                    by GEORGE M. WALLACE
                                      Attorneys for Defendant PARAGON
25                                    FOUNDATION, INC.

Declination to Proceed Before Magistrate Judge and Request for Reassignment

to a United States District Judge - 1

**PROOF OF SERVICE BY MAIL**

I, the undersigned, am a resident of the county of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. I am employed by Wallace & Schwartz, at 215 North Marengo Avenue, Third Floor, Pasadena, California 91101-1504.

On the  28th  day of December, 2007, I served the foregoing DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE and a copy of this Proof of Service on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, addressed as follows:

> Robert S. Bartlett, Esq.
> BARTLETT, LEADER-PICONE & YOUNG, LLP
> 2201 Broadway Suite 803
> Oakland, California 94612

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct, and that this Declaration is executed this  28th  day of December, 2007, at Pasadena, California.

 /s/ George M. Wallace 
George M. Wallace (declarant)

Declination to Proceed Before Magistrate Judge and Request for Reassignment to a United States District Judge - 2