IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MCQUAID BEDFORD AND VANZANDT,　　　　No. C 07-05179SI

　　　　Plaintiff,　　　　**NOTICE**

　　v.

PARAGON FOUNDATION INC.,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference will proceed on Friday, February 29, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: January 9, 2008　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　Tracy Sutton
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk