BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA  94612
TELEPHONE:     (510) 444-2404
FACSIMILE:       (510) 444-1291
EMAIL: MLP@LEADER-PICONE.COM
EMAIL: ROBERTB@BL-PLAW.COM
EMAIL: KYOUNG@BL-PLAW.COM
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO OFFICE

| | |
|---|---|
| MCQUAID, BEDFORD & VAN ZANDT, LLP,<br><br>                Plaintiff,<br><br>vs.<br><br>PARAGON FOUNDATION, INC.,<br><br>                Defendant. | No.  C 07-5179 SI<br><br>**STIPULATION TO AMEND COMPLAINT AND WITHDRAW OF MOTION TO DISMISS COMPLAINT OR FOR MORE DEFINITE STATEMENT.**<br><br>*Trial Date:  Not Assigned* |

It is hereby stipulated by and between the parties as follows:

1. Plaintiff will amend its Complaint by February 8, 2008 to provide a more definite statement concerning the facts surrounding the contract and the relationship between the parties to this lawsuit.

2. Defendant hereby withdraws its Motion to Dismiss Complaint or for More Definite Statement, without prejudice, currently scheduled for February 29, 2008 at 9:00 a.m. in Department 10 of the above-entitled court.

DATED: January 18, 2008.                    BARTLETT, LEADER-PICONE & YOUNG, LLP


                                            BY:/s/ Robert S. Bartlett
                                                ROBERT S. BARTLETT
                                                Attorneys for MCQUAID, BEDFORD &
                                                VAN ZANDT, LLP

**STIPULATION**                                                                 **Case No. C 07-5179 SI**
-1-

DATED:  January 18, 2008.          WALLACE & SCHWARTZ


                                   BY:/s/ George M. Wallace
                                      GEORGE M. WALLACE
                                      Attorneys for PARAGON FOUNDATION, INC.

**STIPULATION** **Case No. C 07-5179 SI**
-2-