1  BARTLETT, LEADER-PICONE & YOUNG, LLP
   MALCOLM LEADER-PICONE (STATE BAR # 104620)
2  ROBERT S. BARTLETT (STATE BAR NO. 79752)
   KAIPO K.B. YOUNG (STATE BAR #164718)
3  2201 BROADWAY, SUITE 803
   OAKLAND, CA  94612
4  TELEPHONE:   (510) 444-2404
   FACSIMILE:   (510) 444-1291
5  EMAIL:  MLP@LEADER-PICONE.COM
   EMAIL:  ROBERTB@BL-PLAW.COM
6  EMAIL:  KYOUNG@BL-PLAW.COM

   Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO OFFICE

| | |
|---|---|
| MCQUAID, BEDFORD & VAN ZANDT, LLP, | No. C 07-5179 SI |
| Plaintiff, | **CERTIFICATE OF SERVICE.** |
| vs. | |
| PARAGON FOUNDATION, INC., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 07-5179 SI

-1-

## PROOF OF SERVICE BY MAIL

I, Kaipo K.B. Young, declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within action. My business address is 2201 Broadway, Suite 803, Oakland, CA 94613. On February 12, 2008, I served the following document(s) entitled:

**ERRATA TO FIRST AMENDED COMPLAINT.**

upon the following person(s) in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Oakland, California addressed as follows:

```
George M. Wallace, Jr.
Wallace & Schwartz
215 N. Marengo Avenue, 3rd Floor
Pasadena, CA  91101-1504
```

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on February 12, 2008.

/s/ Kaipo K.B. Young
Kaipo K.B. Young

**CERTIFICATE OF SERVICE**                                          Case No. C 07-5179 SI
-2-