UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

McQuaid, Bedford & Van Zandt, LLP

           Plaintiff(s),

      v.

Paragon Foundation, Inc.

           Defendant(s).
_____/

Case No. C 07-5179 SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 02/15/08

/s/ Robert L. Zaletel
[Party]

Dated: 02/15/08

/s/ Kaipo K.B. Young, Esq.
[Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05