BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE:   (510) 444-2404
FACSIMILE:   (510) 444-1291
EMAIL: MLP@LEADER-PICONE.COM
EMAIL: ROBERTB@BL-PLAW.COM
EMAIL: KYOUNG@BL-PLAW.COM
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OFFICE

| | |
|---|---|
| MCQUAID, BEDFORD & VAN ZANDT, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>PARAGON FOUNDATION, INC.,<br><br>Defendant. | No. C 07-5179 SI<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 29, 2008 PURSUANT TO STIPULATION.<br><br>*Trial Date: Not Assigned* |

**TO: THE HONORABLE SUSAN I. ILLSTON**

The parties in the above-entitled matter hereby request that the Court continue the case management conference currently scheduled for February 29, 2008 pursuant to the Stipulation which is attached hereto as Exhibit A and concurrently filed herewith.

This request is made pursuant to the Stipulation and Declaration of Kaipo K.B. Young.

DATED: February 20, 2008.                BARTLETT, LEADER-PICONE & YOUNG, LLP


BY:/s/ Kaipo K.B. Young #164718
KAIPO K.B. YOUNG
Attorneys for Plaintiff
MCQUAID, BEDFORD & VAN ZANDT, LLP

REQUEST TO CONTINUE CASE MANAGEMENT
CONFERENCE                                                                                 Case No. C 07-5179 SI
-1-

## DECLARATION OF KAIPO K.B. YOUNG

I, Kaipo K.B. Young, declare and state as follows:

I am a partner with the law offices of BARTLETT, LEADER-PICONE & YOUNG, LLP. I am licensed to practice law in the State of California and this Court. I am one of the attorneys for the plaintiff herein. If called to testify, I would competently and truthfully testify as to the following.

1. On February 8, 2008, plaintiff MCQUAID, BEDFORD & VAN ZANDT, LLP filed its First Amended Complaint for Open Book Account, Account Stated, Services and Material Supplied and Breach of Contract.

2. On February 18, 2008, defendant PARAGON FOUNDATION, INC. filed its Motion to Dismiss Amended Complaint or for More Definite Statement. The hearing on defendant's motion to dismiss is set for April 11, 2008.

3. Pursuant to the Court's Notice and Case Management Order dated January 9, 2008, a case management conference is scheduled for February 29, 2008 at 2:00 p.m.

4. With the pending motion to dismiss, the parties believe that judicial economy would be best served if the case management conference be continued to a date after April 18, 2008, with the joint case management conference statement due no less than seven days before the continued case management conference.

5. The parties have entered into a Stipulation, a copy of which is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: February 20, 2008.          /s/ Kaipo K.B. Young #164718
                                   KAIPO K.B. YOUNG

REQUEST TO CONTINUE CASE MANAGEMENT
CONFERENCE                                              Case No. C 07-5179 SI
-2-

BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE:  (510) 444-2404
FACSIMILE:  (510) 444-1291
EMAIL: MLP@LEADER-PICONE.COM
EMAIL: ROBERTB@BL-PLAW.COM
EMAIL: KYOUNG@BL-PLAW.COM
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OFFICE

| | |
|---|---|
| MCQUAID, BEDFORD & VAN ZANDT, LLP, <br><br> Plaintiff, <br><br> vs. <br><br> PARAGON FOUNDATION, INC., <br><br> Defendant. | No. C 07-5179 SI <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 29, 2008. <br><br> *Trial Date: Not Assigned* |

## RECITALS

1. On February 8, 2008, plaintiff MCQUAID, BEDFORD & VAN ZANDT, LLP filed its First Amended Complaint for Open Book Account, Account Stated, Services and Material Supplied and Breach of Contract.

2. On February 18, 2008, defendant PARAGON FOUNDATION, INC. filed its Motion to Dismiss Amended Complaint or for More Definite Statement. The hearing on defendant's motion to dismiss is set for April 11, 2008.

3. Pursuant to the Court's Notice and Case Management Order dated January 9, 2008, a case management conference is scheduled for February 29, 2008 at 2:00 p.m.

4. With the pending motion to dismiss, the parties believe that judicial economy would be best served if the case management conference be continued to a date after April 18, 2008,

STIPULATION                                    EXH. A.         Case No. C 07-5179 SI
-1-

with the joint case management conference statement due no less than seven days before the continued case management conference.

## STIPULATION

It is hereby stipulated by and between the parties as follows:

1. The case management conference be continued from February 29, 2008 at 2:00 p.m. to a date after April 18, 2008, with the joint case management conference statement due no less than seven days before the continued case management conference.

DATED: February 20, 2008.   BARTLETT, LEADER-PICONE & YOUNG, LLP

BY: /s/ Kaipo K.B. Young #164718
    KAIPO K.B. YOUNG
    Attorneys for Plaintiff
    MCQUAID, BEDFORD & VAN ZANDT, LLP

DATED: February 20, 2008.   WALLACE & SCHWARTZ

BY: /s/ George M. Wallace
    GEORGE M. WALLACE
    Attorneys for PARAGON FOUNDATION, INC.