BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA  94612
TELEPHONE:     (510) 444-2404
FACSIMILE:      (510) 444-1291
EMAIL: MLP@LEADER-PICONE.COM
EMAIL: ROBERTB@BL-PLAW.COM
EMAIL: KYOUNG@BL-PLAW.COM

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO OFFICE

| | |
|---|---|
| MCQUAID, BEDFORD & VAN ZANDT, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>PARAGON FOUNDATION, INC.,<br><br>Defendant. | No.  C 07-5179 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 29, 2008.**<br><br>*Trial Date:  Not Assigned* |

## RECITALS

1. On February 8, 2008, plaintiff MCQUAID, BEDFORD & VAN ZANDT, LLP filed its First Amended Complaint for Open Book Account, Account Stated, Services and Material Supplied and Breach of Contract.

2. On February 18, 2008, defendant PARAGON FOUNDATION, INC. filed its Motion to Dismiss Amended Complaint or for More Definite Statement. The hearing on defendant's motion to dismiss is set for April 11, 2008.

3. Pursuant to the Court's Notice and Case Management Order dated January 9, 2008, a case management conference is scheduled for February 29, 2008 at 2:00 p.m.

**STIPULATION** Case No. C 07-5179 SI
-1-

4.	With the pending motion to dismiss, the parties believe that judicial economy would be best served if the case management conference be continued to a date after April 18, 2008, with the joint case management conference statement due no less than seven days before the continued case management conference.

## STIPULATION

It is hereby stipulated by and between the parties as follows:

1.	The case management conference be continued from February 29, 2008 at 2:00 p.m. to a date after April 18, 2008, with the joint case management conference statement due no less than seven days before the continued case management conference.

DATED: February 20, 2008.		BARTLETT, LEADER-PICONE & YOUNG, LLP

		BY:/s/ Kaipo K.B. Young #164718
			KAIPO K.B. YOUNG
			Attorneys for Plaintiff
			MCQUAID, BEDFORD & VAN ZANDT, LLP

DATED: February 20, 2008.		WALLACE & SCHWARTZ

		BY:/s/ George M. Wallace
			GEORGE M. WALLACE
			Attorneys for PARAGON FOUNDATION, INC.