BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE:    (510) 444-2404
FACSIMILE:    (510) 444-1291
EMAIL: MLP@LEADER-PICONE.COM
EMAIL: ROBERTB@BL-PLAW.COM
EMAIL: KYOUNG@BL-PLAW.COM

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO OFFICE

| | |
|---|---|
| MCQUAID, BEDFORD & VAN ZANDT, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>PARAGON FOUNDATION, INC.,<br><br>Defendant. | No. C 07-5179 SI<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 29, 2008 PURSUANT TO STIPULATION.**<br><br>*Trial Date: Not Assigned* |

## ORDER

The Court, having considered the parties' request to continued the case management conference scheduled for February 29, 2008 and reviewed the parties' Stipulation, and Good Cause appearing, makes its order as follows:

IT IS ORDERED that the case management conference in the above-entitled proceeding, currently scheduled for February 29, 2008 at 2:00 p.m., shall be and is hereby be continued to _____, 2008 at _____ m., with the joint case management conference statement due no less than seven days before the continued case management conference hearing.

DATED: _____.         _____
                                          HON. SUSAN ILLSTON

**ORDER**                                                          Case No. C 07-5179 SI

-1-