BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA  94612
TELEPHONE:    (510) 444-2404
FACSIMILE:     (510) 444-1291
EMAIL: MLP@LEADER-PICONE.COM
EMAIL: ROBERTB@BL-PLAW.COM
EMAIL: KYOUNG@BL-PLAW.COM

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO OFFICE

| | |
|---|---|
| MCQUAID, BEDFORD & VAN ZANDT, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>PARAGON FOUNDATION, INC.,<br><br>Defendant. | No.  C 07-5179 SI<br><br>**STIPULATION TO STAY PROCEEDINGS, EXTEND DEADLINE TO FILE ANSWER AND CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY 9, 2008.**<br><br>*Trial Date:  Not Assigned* |

## RECITALS

1. On February 8, 2008, plaintiff MCQUAID, BEDFORD & VAN ZANDT, LLP filed its First Amended Complaint for Open Book Account, Account Stated, Services and Material Supplied and Breach of Contract.

2. On February 18, 2008, defendant PARAGON FOUNDATION, INC. filed its Motion to Dismiss Amended Complaint or for More Definite Statement. The hearing on defendant's motion to dismiss was set for April 11, 2008.

3. On February 20, 2008, the Court made its *Order Continuing Case Management Conference Scheduled for February 29, 2008 Pursuant to Stipulation* (Docket No. 23). Pursuant to this Order, the case management conference was continued to May 9, 2008 at 2:00 p.m.

**STIPULATION**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. C 07-5179 SI**
-1-

4. On April 4, 2008, the Court made its *Order Denying Defendant's Motion to Dismiss Amended Complaint or For More Definite Statement* (Docket No. 27). Pursuant to this Order, Defendant is required to file an answer by April 18, 2008.

5. Defendant has announced that it will be filing an Answer and a Counter-Claim against plaintiff.

6. In a phone conference between the parties' respective counsel, the parties agreed to pursue a private mediation of this matter to be completed within ninety (90) days of execution of this Stipulation. While the parties attempt to resolve this matter, the parties believe that it would be in their best interest to 1) stay these proceedings for approximately 90 days to allow the mediation to be completed; 2) extend the time for defendant to file its Answer and Cross-Claim to a date ten (10) days following any unsuccessful mediation of this matter; and 3) continue the case management conference currently scheduled for May 9, 2008 to a date after August 1, 2008.

7. The parties believe that judicial economy would be best served if this Stipulation is approved.

## **STIPULATION**

It is hereby stipulated by and between the parties as follows:

1. These proceedings are stayed for approximately 90 days to allow the parties an opportunity to resolve this matter through mediation;

2. The parties shall have until July 16, 2008 to complete their mediation.

3. The deadline for defendant to file its Answer and Cross-Claim shall be extended to a date ten (10) days following any unsuccessful mediation of this matter.

4. The case management conference shall be continued from May 9, 2008 at 2:00 p.m. to _____, 2008 at ____m., with the joint case management conference statement due no less than seven days before the continued case management conference.

DATED: April 17, 2008.     BARTLETT, LEADER-PICONE & YOUNG, LLP

               BY: /s/ Kaipo K.B. Young #164718
                 KAIPO K.B. YOUNG
                 Attorneys for Plaintiff
                 MCQUAID, BEDFORD & VAN ZANDT, LLP

DATED: April 17, 2008.     WALLACE & SCHWARTZ

               BY: /s/ George M. Wallace
                 GEORGE M. WALLACE
                 Attorneys for PARAGON FOUNDATION, INC.