BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA  94612
TELEPHONE:     (510) 444-2404
FACSIMILE:     (510) 444-1291
EMAIL:  MLP@LEADER-PICONE.COM
EMAIL:  ROBERTB@BL-PLAW.COM
EMAIL:  KYOUNG@BL-PLAW.COM
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO OFFICE

| | |
|---|---|
| MCQUAID, BEDFORD & VAN ZANDT, LLP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PARAGON FOUNDATION, INC.,<br><br>　　　　Defendant. | No.  C 07-5179 SI<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 29, 2008 PURSUANT TO STIPULATION.**<br><br>*Trial Date:  Not Assigned* |

## ORDER

　　　　The Court, having considered the parties' request to continued the case management conference scheduled for February 29, 2008 and reviewed the parties' Stipulation, and Good Cause appearing, makes its order as follows:

　　　　IT IS ORDERED that:

　　　　1.　　These proceedings are stayed for approximately 90 days to allow the parties an opportunity to resolve this matter through mediation.

　　　　2.　　The parties shall have until July 16, 2008 to complete their mediation.

　　　　3.　　The deadline for defendant to file its Answer and Cross-Claim shall be extended to a date ten (10) days following any unsuccessful mediation of this matter.

**ORDER**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. C 07-5179 SI**

-1-

1  4. The case management conference in the above-entitled proceeding shall be and
2  is hereby continued from May 9, 2008 at 2:00 p.m. to __8/15/08__, 2008 at _2 p._m., with the joint
3  case management conference statement due no less than seven days before the continued case
4  management conference.

5  DATED: _____.  _____
6                                  HON. SUSAN ILLSTON

**ORDER**                                                      **Case No. C 07-5179 SI**
-2-