BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (*STATE BAR # 104620*)
ROBERT S. BARTLETT (*STATE BAR NO. 79752*)
KAIPO K.B. YOUNG (*STATE BAR #164718*)
2201 BROADWAY, SUITE 803
OAKLAND, CA  94612
TELEPHONE:   (510) 444-2404
FACSIMILE:    (510) 444-1291
EMAIL: MLP@LEADER-PICONE.COM
EMAIL: ROBERTB@BL-PLAW.COM
EMAIL: KYOUNG@BL-PLAW.COM

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO OFFICE

| | |
|---|---|
| MCQUAID, BEDFORD & VAN ZANDT, LLP, <br><br>Plaintiff, <br><br>vs. <br><br>PARAGON FOUNDATION, INC., <br><br>Defendant. | No.  C 07-5179 SI <br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 15, 2008.** <br><br>*Trial Date:  Not Assigned* |

## RECITALS

1. A Case Management Conference is scheduled in this matter for August 15, 2008.

2. The parties in the above-entitled matter have reached a settlement in this matter. Once a condition in the settlement agreement has been met (which will happen in the next seven (7) days), the parties will execute and file a Stipulation to Dismiss Action.

3. Based on the foregoing, the parties hereby stipulate to continue the case management conference currently scheduled for August 15, 2008 to October 31, 2008 to allow the condition in the parties settlement to be met and the filing of a Stipulation to Dismiss Action.

**STIPULATION**                                                                                             **Case No. C 07-5179 SI**

-1-

## STIPULATION

It is hereby stipulated by and between the parties as follows:

1. The case management conference be continued from August 15, 2008 at 2:00 p.m. to October 31, 2008 at 2:00 p.m.

DATED: August 12, 2008.                BARTLETT, LEADER-PICONE & YOUNG, LLP


BY:/s/ Kaipo K.B. Young #164718
    KAIPO K.B. YOUNG
    Attorneys for Plaintiff
    MCQUAID, BEDFORD & VAN ZANDT, LLP

DATED: August 12, 2008.                WALLACE & SCHWARTZ


BY:/s/ George M. Wallace
    GEORGE M. WALLACE
    Attorneys for PARAGON FOUNDATION, INC.