BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA  94612
TELEPHONE:   (510) 444-2404
FACSIMILE:    (510) 444-1291
EMAIL: MLP@LEADER-PICONE.COM
EMAIL: ROBERTB@BL-PLAW.COM
EMAIL: KYOUNG@BL-PLAW.COM
Attorneys for Plaintiff

The case management conference has been continued to 10/31/08 @ 2:00 p.m.

IT IS SO ORDERED
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OFFICE

| | |
|---|---|
| MCQUAID, BEDFORD & VAN ZANDT, LLP,<br><br>         Plaintiff,<br><br>vs.<br><br>PARAGON FOUNDATION, INC.,<br><br>         Defendant. | No.  C 07-5179 SI<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 15, 2008.**<br><br>*Trial Date:  Not Assigned* |

**TO: THE HONORABLE SUSAN I. ILLSTON**

The parties in the above-entitled matter have reached a settlement in this matter. Once a condition in the settlement agreement has been met (which will happen in the next seven (7) days), the parties will execute and file a Stipulation to Dismiss Action. Based on the foregoing, plaintiff request the Court continue the case management conference currently scheduled for August 15, 2008 for a period of thirty (30) days to allow the filing of a Stipulation to Dismiss Action in the interim.

Respectfully Submitted,

DATED: August 11, 2008.                         BARTLETT, LEADER-PICONE & YOUNG, LLP


BY:/s/ Kaipo K.B. Young #164718
KAIPO K.B. YOUNG
Attorneys for Plaintiff
MCQUAID, BEDFORD & VAN ZANDT, LLP

NOTICE OF SETTLEMENT AND REQUEST
TO CONTINUE CASE MANAGEMENT CONFERENCE                    Case No. C 07-5179 SI
-1-