BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 444-2404
FACSIMILE: (510) 444-1291
EMAIL: MLP@LEADER-PICONE.COM
EMAIL: ROBERTB@BL-PLAW.COM
EMAIL: KYOUNG@BL-PLAW.COM
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OFFICE

| | |
|---|---|
| MCQUAID, BEDFORD & VAN ZANDT, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>PARAGON FOUNDATION, INC.,<br><br>Defendant. | No. C 07-5179 SI<br><br>**STIPULATION TO DISMISS ACTION.**<br><br>*Trial Date: Not Assigned* |

////

////

////

STIPULATION TO DISMISS ACTION.　　　　　　　　　　　　　　　　　　　　　Case No. C 07-5179 SI
-1-

W:\CLIENT FILES\M TO O\MCQUAID\PARAGON\PLEADINGS\STIPULATION DISMISS 081908.DOC8/19/08

## STIPULATION TO DISMISS ACTION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff MCQUAID, BEDFORD & VAN ZANDT, LLP and defendant PARAGON FOUNDATION, INC. hereby stipulate, by and through their respective counsel of record, that the above-captioned proceeding against defendant shall be, and is hereby, dismissed with prejudice. Each party agrees to bear its own fees and costs.

DATED: August 19, 2008.

WALLACE & SCHWARTZ

BY: _____
GEORGE M. WALLACE
Attorneys for PARAGON FOUNDATION, INC.

DATED: August 19, 2008.

BARTLETT, LEADER-PICONE & YOUNG, LLP

BY: _____
KAIPO K.B. YOUNG
Attorneys for MCQUAID BEDFORD & VAN ZANDT LLP